```
 1  LINDA M. MacLEOD, ESQ. [State Bar No. 14203]
    MORGAN, FRANICH, FREDKIN & MARSH
 2  99 Almaden Boulevard, Suite 1000
    San Jose, California 95113-1613
 3  Telephone:(408) 288-8288
    Facsimile: (408) 288-8325
 4
    Jeffrey J. Bouslog, Appearing Pro Hac Vice
 5  Katherin M. Wilhoit, Appearing Pro Hac Vice
    OPPENHEIMER WOLFF & DONNELLY LLP
 6  45 South Seventh Street, Suite 3300
    Minneapolis, Minnesota 55402
 7  Telephone: (612) 607-7000
    Facsimile: (612) 607-7100
 8
    Attorneys for Plaintiff
 9  KLA-TENCOR CORPORATION
```

**FILED**

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**

AUG 1 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York corporation, AIU INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | NO. C 05 03092 ~~HRL~~ RMW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jeffrey Boulog, an active member in good standing of the bar of Minnesota, whose business address and telephone number is OPPENHEIMER WOLFF & DONNELLY LLP 45 South Seventh Street, Suite 3300, Minneapolis, Minnesota 55402 Telephone: (612) 607-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing KLA-TENCOR, A Delaware Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

1  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
2  *hac vice*. Service of papers upon and communication with co-counsel designated in the
3  application will constitute notice to the party.
4
5  Dated: 8/23/05

   *Ronald M. Whyte*
   United States ~~Magistrate~~ Judge
   DISTRICT