| | |
|---|---|
| 1 | Linda MacLeod, CA State Bar No. 142023 |
| 2 | **MORGAN, FRANICH, FREDKIN & MARSH** |
|   | 99 Almaden Boulevard, Suite 1000 |
| 3 | San Jose, California  95113 |
|   | Telephone:  (408) 288-8288 |
| 4 | Facsimile:  (408) 288-8325 |
| 5 | Jeffrey J. Bouslog, *Appearing Pro Hac Vice* |
|   | Katherine M. Wilhoit, *Appearing Pro Hac Vice* |
| 6 | **OPPENHEIMER WOLFF & DONNELLY LLP** |
|   | 45 South Seventh Street, Suite 3300 |
| 7 | Minneapolis, Minnesota 55402 |
|   | Telephone:  (612) 607-7000 |
| 8 | Facsimile:  (612) 607-7100 |
| 9 | Attorneys for Plaintiff |
|   | KLA-TENCOR CORPORATION |
| 10 | |
|   | Stephen Ellingson, CA State Bar No. 136505 |
| 11 | **HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT, LLP** |
|   | 203 Redwood Shores Parkway, 4th Floor |
| 12 | Redwood Shores, California 94065 |
|   | Telephone:     (650) 637-9100 |
| 13 | Facsimile:     (650) 637-8071 |
| 14 | Attorneys for Defendants |
|   | NATIONAL UNION FIRE INSURANCE |
| 15 | COMPANY OF PITTSBURGH, PA, AND |
|   | AIU INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/30/05*

| | |
|---|---|
| KLA-TENCOR CORPORATION, a Delaware corporation, | Case No. C 05-03092 RMW |
| Plaintiff, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York corporation, AIU INSURANCE COMPANY, a New York corporation, | **[PROPOSED] ORDER** |
| Defendants. | |



[PROPOSED] ORDER
Case No. C 05-03092 RMW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

This matter came before this Court on the parties' Stipulation Selecting ADR Process. The Court having been fully advised in the premises, it is hereby ordered that the parties will continue to explore ADR through a private provider of mediation services as stated in the Stipulation.

IT IS SO ORDERED.

Dated: 11/30/05

/S/ RONALD M. WHYTE
United States District Court Judge