STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHARLES E. TILLAGE (SBN 177983)
**HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA
and AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA          *E-FILED - 5/11/06*

| | |
|---|---|
| KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA, a Pennsylvania corporation, AIU INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | CASE NO. C 05-03092 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE THE COURT'S CASE MANAGEMENT SCHEDULING ORDER** |

The parties, by and through their respective counsel, hereby stipulate to revise the Court's Case Management Scheduling Order as follows:

**I.
RECITALS**

1. On January 10, 2006, the Court executed its Case Management Scheduling Order in the above-captioned matter.

2. The Case Management Scheduling Order directs all fact discovery to be completed on or before May 15, 2006. The January 10, 2006, Order also directs that expert reports be served on or before June 1, 2006.

3. The January 10, 2006, Order further directs the parties to engage in private mediation after National Union and AIU have produced their claims files relating to the TSK claim.

24833                                    -1-
STIPULATION AND ORDER – CASE NO. C05-03092 RMW

4. The parties have mutually agreed to conduct the private mediation in Minneapolis, MN, before the Honorable Robert Schiefelbein (Ret.), rather than before Judge Capaciolli or a JAMS mediator, as indicated in the January 10, 2006 Order. The parties have further agreed to conduct this mediation on Thursday, May 4, 2006.

5. Through this Stipulation and Order, the parties seek a short continuance of the deposition and expert report filing deadlines, in order to complete the taking of depositions previously noticed by the parties, and to adequately prepare and serve expert reports.

Accordingly, the parties hereby stipulate to revising the Case Management Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the Court's Case Management Scheduling Order:

1. The parties shall have until May 31, 2006, to complete the taking of depositions previously noticed and served by the parties. The extension of this deadline shall not be construed as an extension of the fact discovery deadline for any other purposes.

2. The parties shall have until June 8, 2006, to serve expert reports.

All remaining deadlines and other dates set forth in the Court's January 10, 2006 Case Management Order shall remain unchanged.

Dated: May 1, 2006

HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT

By  // S //
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA and AIU INSURANCE COMPANY

OPPENHEIMER, WOLFF & DONNELLY LLP

By /s/ *signature*
JEFFREY J. BOUSLOG
KATHERINE M. WILHOIT
Attorneys for Plaintiff
KLA-TENCOR CORP.

## III.
## ORDER

The Court's January 10, 2006 Case Management Order is hereby revised as set forth above.

Dated: 5/11/06

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Judge for the Northern District of California