1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  CHARLES E. TILLAGE (SBN 177983)
   **HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
3  203 Redwood Shores Parkway, Suite 480
   Redwood Shores, California 94065
4  Telephone: 650.637.9100                    *ORDER E-FILED 6/7/2006*
   Facsimile: 650.637.8071
5
   Attorneys for Defendants
6  NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA
   and AIU INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 KLA-TENCOR CORPORATION, a Delaware         CASE NO. C 05-03092 RMW
   corporation,
11
              Plaintiff,
12                                            **STIPULATION AND [PROPOSED]
        v.                                    ORDER FOR TRAVELERS TO
13                                            PRODUCE DOCUMENTS IN
   NATIONAL UNION FIRE INSURANCE OF           ACCORDANCE WITH THE APRIL 27,
14 PITTSBURGH, PA, a Pennsylvania corporation, 2006 SUBPOENA**
   AIU INSURANCE COMPANY, a New York
15 corporation,

16            Defendants.

17

18      National Union and non-party Travelers Indemnity Company of Illinois ("Travelers"), by

19 and through their respective counsel, hereby agree and stipulate to the following:

20                                **RECITALS**

21      1.   On April 27, 2006, Travelers was served with a civil subpoena for the production of

22 documents. National Union contends service was proper, while Travelers contends service was not

23 proper.

24      2.   The date for production of documents was May 12, 2006.

25      3.   Travelers did not respond by May 12, 2006 and did not request an extension of time

26 to respond prior to the production date.

27      4.   National Union filed its motion to compel on May 22, 2006.

28      5.   National Union and Travelers have met and conferred over the production of

24833                              -1-
**STIPULATION AND ORDER – CASE NO. C05-03092 RMW**

| | | |
|---|---|---|
|1| |documents and Travelers has requested and National Union has agreed to an extension of time for|
|2| |Travelers to produce the documents responsive to the subpoena.|
|3|6.|Accordingly, the parties hereby stipulate to the following:|

**STIPULATION**

7. The parties incorporate herein by reference paragraphs 1 through 6 above.

8. Travelers agrees to a court order that it will undertake all reasonable efforts to produce all documents responsive to the April 27, 2006 subpoena no later than Monday, June 12, 2006. Travelers will also produce a privilege log for all documents withheld from production.

9. In the event Travelers cannot meet the June 12, 2006 production date, it will provide National Union and the court with written explanation of its efforts and the anticipated date of production.

10. National Union preserves its right to file a further motion to compel to challenge Travelers document production and privilege log. Travelers will not object to the motion to compel based on the grounds that the time for bringing a motion to compel closed on May 24, 2006.

11. Through this Stipulation, National Union's motion to compel is withdrawn.

Dated: June 6, 2006

HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA and AIU INSURANCE COMPANY

GREENAN PEFFER SALLANDER & LALLY LLP

By _____
ROBERT L. SALLANDER, JR.
Attorneys for TRAVELERS CASUALTY SURETY COMPANY a wholly owned subsidiary of TRAVELERS PROPERTY AND CASUALTY CORP.

24833

-2-

**STIPULATION AND ORDER – CASE NO. C05-03092 RMW**

## ORDER

Travelers shall produce all documents and a privilege log for withheld documents that are responsive to the document subpoena no later than Monday, June 12, 2006. Based on the stipulation of the parties, National Union's motion to compel is withdrawn and hereby taken off calendar.

Dated: __June 7, 2006__

Honorable Howard R. Lloyd
United States District Judge for the Northern
District of California
Magistrate

24833

-3-