*E-FILED 6/7/2006*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION, | No. C05-03092 RMW (HRL) |
| Plaintiff,<br>v. | **ORDER DENYING KLA-TENCOR CORPORATION'S MOTION TO STRIKE** |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA and AIU INSURANCE COMPANY, | [Re: Docket No. 37] |
| Defendant. | |

On June 6, 2006, plaintiff KLA-Tencor Corporation ("KLA") filed a "Memorandum in Response" to defendant National Union's motion to compel discovery from third-party Travelers Indemnity Company of Illinois ("Travelers"). KLA takes no position as to the relief requested by National Union in that motion to compel. Nevertheless, in its memorandum, KLA requests that all factual contentions made by National Union be stricken because, in KLA's view, those contentions are unsupported and inaccurate. National Union and Travelers have reached an agreement as to National Union's subpoena for documents, and National Union has withdrawn its motion to compel. Accordingly, KLA's motion to strike is DENIED as MOOT.

Dated:  June 7, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:05-cv-3092 Notice will be electronically mailed to:**

2 Jeffrey John Bouslog JBouslog@Oppenheimer.com, ATrampe@oppenheimer.com;
3 DPeterfeso@oppenheimer.com; DGrimes@oppenheimer.com

4 Stephen P. Ellingson sellingson@hayesdavis.com, abowman@hayesdavis.com; ; sxs1@hayesdavis.com

5 Linda M. MacLeod lmacleod@mffmlaw.com, wsiamas@mffmlaw.com

6 Adam C. Trampe ATrampe@Oppenheimer.com, dpeterfeso@oppenheimer.com

7 Katherine Mary Wilhoit , Esq Kwilhoit@oppenheimer.com

8 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**United States District Court**
For the Northern District of California

2