1 | Linda MacLeod, CA State Bar No. 142023
**MORGAN, FRANICH, FREDKIN & MARSH**

2 | 99 Almaden Boulevard, Suite 1000

3 | San Jose, California  95113                                    * E-filed 7/28/06 *
Telephone:  (408) 288-8288

4 | Facsimile:   (408) 288-8325

5 | Jeffrey J. Bouslog, *Appearing Pro Hac Vice*
Katherine M. Wilhoit, *Appearing Pro Hac Vice*

6 | **OPPENHEIMER WOLFF & DONNELLY LLP**
45 South Seventh Street, Suite 3300

7 | Minneapolis, Minnesota 55402
Telephone:  (612) 607-7000

8 | Facsimile:   (612) 607-7100

9 | Attorneys for Plaintiff
KLA-TENCOR CORPORATION

10 |

11 | Stephen Ellingson, CA State Bar No. 136505
**HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT, LLP**

12 | 203 Redwood Shores Parkway, 4th Floor
Redwood Shores, California 94065
Telephone:     (650) 637-9100

13 | Facsimile:     (650) 637-8071

14 | Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE

15 | COMPANY OF PITTSBURGH, PA, AND
AIU INSURANCE COMPANY

16 | UNITED STATES DISTRICT COURT

17 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | SAN JOSE DIVISION

19 |

20 | KLA-TENCOR CORPORATION, a Delaware       Case No. C 05-03092 RMW

21 | corporation,

22 |                             Plaintiff,

23 |              vs.                                                **STIPULATION & ORDER**

24 | NATIONAL UNION FIRE INSURANCE                   **TO MOVE HEARING DATES**
COMPANY OF PITTSBURGH, PA, a New

25 | York corporation, AIU INSURANCE
COMPANY, a New York corporation,

26 |                             Defendants.

27 |

28 |

STIPULATION TO MOVE HEARING DATES
Case No. C 05-03092 RMW

1     WHEREAS the hearing on National Union Fire Insurance Company of Pittsburgh, PA's

2  ("National Union") Motion for Leave to File an Amended Answer to Include the Counterclaim for

3  Declaratory Relief and Reimbursement is noticed for August 4, 2006;

4     WHEREAS the hearing on National Union's Motion to Exclude Evidence of KLA's Belated

5  Supplemental Discovery Responses or, in the Alternative, Continue the Court's Scheduling Order

6  and Grant Leave to File an Amended Answer to the Complaint is noticed for August 4, 2006;

7     WHEREAS National Union and AIU Insurance Company's and KLA-Tencor Corporation's

8  opposing motions for summary judgment are noticed for August 18, 2006;

9     WHEREAS the parties would like to consolidate the hearing dates and motion practice

10  before the court.

11     NOW WHEREFORE the parties to the above-captioned matter, through their undersigned

12  counsel, stipulate:

13     1.     The hearing date on National Union's Motion for Leave to File an Amended Answer

14  to Include the Counterclaim for Declaratory Relief and Reimbursement can be moved and will be

15  heard on August 18, 2006, or at the earliest convenience of the court thereafter.

16     2.     The hearing date on National Union's National Union's Motion to Exclude Evidence

17  of KLA's Belated Supplemental Discovery Responses or, in the Alternative, Continue the Court's

18  Scheduling Order and Grant Leave to File an Amended Answer to the Complaint can be moved and

19  will be heard on August 18, 2006, or at the earliest convenience of the court thereafter.

20     3.     National Union will file amended Notices for these hearings with the Court.

21  Dated:  July 25, 2006          By:     s:/  Jeffrey J. Bouslog
22                                       Jeffrey J. Bouslog, MN State Bar No. 174671
                                         Katherine M. Wilhoit, MN State Bar No. 030380X
23                                       **OPPENHEIMER WOLFF & DONNELLY, LLP**

24                                       And

25                                       Linda McLeod, CA State Bar No. 142023
26                                       **MORGAN, FRANICH, FREDKIN & MARSH**

27                                       **ATTORNEYS FOR PLAINTIFF**
                                         **KLA-TENCOR CORPORATION**
28

STIPULATION TO MOVE HEARING DATES
Case No. C 05-03092 RMW

1

2

3     Dated:  July 25, 2006              By:     s:/  Stephen Ellingson
                                                 Stephen Ellingson, CA State Bar No. 136505
4                                                **HAYES, DAVIS, ELLINGSON, MCLAY &
                                                 SCOTT, LLP**
5
                                                 **ATTORNEYS FOR DEFENDANTS NATIONAL
6                                                UNION FIRE INSURANCE COMPANY OF
                                                 PITTSBURGH, PA, AND AIU INSURANCE
7                                                COMPANY**

8

9
      Pursuant to stipulation, IT IS SO ORDERED.  The court, may,
10    however, rule on fully-briefed motions without oral argument.

11

12

13    DATED:___7/28/06_____         ____Ronald M. Whyte_____
                                                 Ronald M. Whyte
14                                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

___

STIPULATION TO MOVE HEARING DATES
Case No. C 05-03092 RMW                                                          3

OPPENHEIMER: 2442498 v01 07/25/2006