UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/3/06*

| | |
|---|---|
| KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York corporation, AIU INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No. C 05-03092 RMW<br><br>**ORDER** |

### **ORDER**

This matter is before the Court on the parties' Stipulation dated June 26, 2006 (Doc. No. 56).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the parties' Stipulation dated June 26, 2006 (Doc. No. 56), is adopted by the Court.

Dated:___8/2/06_____

   /s/ Ronald M. Whyte_____
United States District Court Judge