*E-FILED ON 8/9/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA and AIU INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C05-03092 RMW (HRL)<br><br>**ORDER DENYING REQUEST FOR ORDER SHORTENING TIME ON PLAINTIFFS' MOTIONS TO COMPEL** |

On August 8, 2006, plaintiff KLA-Tencor Corporation ("KLA") filed two motions seeking to compel deposition testimony of Geni Krogstad and Joseph Cardinale. The parties stipulate that the motions be heard on shortened time by this court on August 29, 2006. However, the motions to compel indicate that Ms. Krogstad and Mr. Cardinale are percipient (not expert) witnesses. Pursuant to the case management schedule set by the District Court, fact discovery closed on May 15, 2006.[1] Accordingly, the last day to move to compel discovery was May 24, 2006, and KLA's August 8, 2006 motions to compel are untimely. See Civ. L. R. 26-2 ("Where the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 court days after the fact discovery cut-off . .

---

[1] Although the parties were given leave to complete previously noticed depositions by May 31, 2006, that extension of time was expressly not to be construed as an extension of the May 15, 2006 fact discovery cut-off for any other purpose. (See Stipulation and Order to Revise the Court's Case Management Scheduling Order, Docket No. 25).

1  ..").  Moreover, it appears that summary judgment motions are set to be heard by the District
2  Court on August 18, 2006.
3    Accordingly, the request for an order shortening time is DENIED.  The parties will need
4  to seek appropriate relief from the District Court with respect to the filing of motions to compel
5  discovery now.
6    IT IS SO ORDERED.
7  Dated:   August 9, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-3092 Notice will be electronically mailed to:**

Jeffrey John Bouslog JBouslog@Oppenheimer.com, ATrampe@oppenheimer.com; DPeterfeso@oppenheimer.com; DGrimes@oppenheimer.com

Stephen P. Ellingson sellingson@hayesdavis.com, abowman@hayesdavis.com; ; sxs1@hayesdavis.com

Linda M. MacLeod lmacleod@mffmlaw.com, wsiamas@mffmlaw.com

Adam C. Trampe ATrampe@Oppenheimer.com, dpeterfeso@oppenheimer.com

Katherine Mary Wilhoit , Esq Kwilhoit@oppenheimer.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.