UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/22/06*

| | |
|---|---|
| KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>                  Plaintiff,<br><br>      vs.<br><br>NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA, a Pennsylvania corporation, AIU INSURANCE COMPANY, a New York corporation,<br><br>               Defendants. | Case No. C 05-03092 RMW/HRL<br><br><br>**() ORDER** |

This matter is before the Court on the parties' Stipulation dated August 4, 2006 (Doc. No. 131).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the parties Stipulation dated August 4, 2006 (Doc. No. 131 ), is adopted by the Court.


Dated: __ 8/22 _____, 2006


By: ___ /s/ Ronald M. Whyte _____
                 Honorable Ronald M. Whyte
                 Judge of the United States District Court