IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLA-TENCOR CORPORATION.

    Plaintiff,

    -v-

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Defendant.

**\*E-FILED - 10/3/06\***

CASE NO.: C-05-03092-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion In Limine Nos. 8 and 10 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 3, 2006

_____
RONALD M. WHYTE
United States District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28