UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/30/07*

KLA-TENCOR CORPORATION, a Delaware corporation,

Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA, a Pennsylvania corporation, AIU INSURANCE COMPANY, a New York corporation,

Defendants.

Case No. C 05-03092 RMW/HRL

[PROPOSED] ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal filed on March 12, 2007.

The Court having been fully advised in the premises, it is hereby ordered that this matter is DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with all parties responsible for their own attorneys' fees and costs.

Let Judgment Be Entered Accordingly,

Dated: __3/30_____, 2007

By: *Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

Case No. C 02-05641 RMW